SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-FILING

FILED
2007 OCT 16 A 11: 56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00651 RS |
| --- | --- |
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 1021 - False Report or Statement to the Department of Housing and Urban Development (Class A misdemeanor) |
| v. | |
| CHERYL SMITH, | |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about November 2, 2005, in the Northern District of California, the defendant,

CHERYL SMITH,

did knowingly make a false statement to the Department of Housing and Urban Development with intent to defraud the United States, to wit: the defendant stated in a letter addressed to the Housing Authority of the County of Santa Clara (HACSC), the local public housing authority that administers the Housing and Urban Development's Section 8 program, that a person with the initials R.S. had never moved into the defendant's subsidized apartment when in fact, as the defendant well knew, R.S. had been residing with her for approximately eighteen months, in

INFORMATION

1  violation of Title 18, United States Code, Section 1021, a Class A misdemeanor.

2

3  DATED: 10/12/2007                           SCOTT N. SCHOOLS
                                               United States Attorney
4

5                                              _____
                                               DAVID R. CALLAWAY
6                                              Deputy Chief, San Jose Branch Office

7

8  (Approved as to form: _____
                          LINDSAY CRAWFORD
9                         Law Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. § 1012 - False Report or Statement to the Department of Housing and Urban Development, a Class A Misdemeanor

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

FILED
2007 OCT 16 A 11:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

**DEFENDANT - U.S.**
▶ CHERYL SMITH

**DISTRICT COURT NUMBER**
CR 07 00651 RS

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year supervised release

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
U.S. Department of Housing and Urban Development, Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

▶ SHOW DOCKET NO.

▶ MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **SUSAN KNIGHT**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
3428 Todd Street
Madera, California 93637

Date/Time: November 15, 2007 9:30am
Before Judge: Hon. Howard R. Lloyd

Comments: