BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00651 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| CHERYL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing in above-captioned matter may be continued from Thursday, December 13, 2007 at 11:00 a.m. to Thursday, January 24, 2008 at 11:00 a.m.  The reason for the requested continuance is to permit defense counsel to review the discovery provided to date with the defendant and to accommodate the scheduling conflicts of both parties.  The parties further stipulate that 42 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation and continuity of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing                                                                  1

1  Dated: December 10, 2007

2                                           s/_____
                                            CYNTHIA C. LIE
3                                           Assistant Federal Public Defender

4  Dated: December 10, 2007

5                                           s/_____
                                            SUSAN KNIGHT
6                                           Assistant United States Attorney

7

8                                  **[PROPOSED] ORDER**

9       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10  above-captioned matter shall be continued from Thursday, December 13, 2007 to Thursday,

11  January 24, 2008 at 11:00 a.m.

12      It is further ordered that 42 days shall be excluded from the time within which trial shall

13  commence, as the reasonable time necessary for effective defense preparation and for continuity

14  of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

15

16

17
    Dated: December ___, 2007
18

19                                          _____
                                            RICHARD SEEBORG
20                                          United States Magistrate Judge

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                         2