PROB 13C
(10/76)

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT ___CALIFORNIA___

**Defendant's Waiver of Preparation of Presentence Investigation and Report**

CR07-00651 RS

I, __Cheryl Smith__, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

FILED
MAR 27 2008
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

__3/27/08__                              __Cheryl Smith__
(Date)                                   (Signature of Defendant)

__3/27/08__                              _____
(Date)                                   (Defendant's Attorney)