04/29/2008 05:36 PM EST

Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg. Ln # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|-----------|---------------------|----------------------|-----------|--------------|----------------|--------------|
| | | | Case No. DCAN507CR000651 | | | US VS SMITH | | | | |
| 001 | CHERYL SMITH | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 5461002848 | 1 | PR | 25.00 | 03/27/2008 |
| | | | | | | | **Division Payment Total** | | 25.00 | |
| | | | | | | | **Grand Total** | | 25.00 | |

$ 25.00   SPECIAL ASSESSMENT   ON   3/27/2008