# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

FILED

AUG - 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cheryl Smith                     Docket No.: CR-07-00651-001 RS

Name of Sentencing Judge: Richard Seeborg
United States Magistrate Judge

Date of Original Sentence: March 27, 2008

Original Offense:
Count 1: False Report to Department of Housing and Urban Development, 18 U.S.C. § 1012, a Class A misdemeanor

Original Sentence: Three (3) years probation.
Special Conditions: special assessment $25.00; restitution $19,779.80; no new lines of credit or debt; defendant may continue to reside in San Luis Obispo County, in the Central District of California, subject to supervision by the Probation Office for the Northern District of California unless and until courtesy supervision can be established.

Type of Supervision: Probation                     Date Supervision Commenced: March 27, 2008
Assistant U.S. Attorney: Susan Knight              Defense Counsel: Cynthia Lie (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall provide the probation officer with access to any financial information.

### Cause

The offender is currently on courtesy supervision in the Central District of California. According to the probation officer, due to the nature and extent of restitution owed, the proposed modification is being sought to futher assist in monitoring the offender's repayment plan and compliance with supervision requirements. In support, the offender has agreed to this proposed action as indicated by her signature on the attached Waiver of Hearing to Modify Conditions.

NDC-SUPV-FORM 12B(1)  06/23/08

Cheryl Smith                                                                                          Page 2
CR-07-00651-001 RS

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Respectfully submitted,                          Reviewed by:

_____                        _____
Wayne A. Mirikitani                              Amy Rizor
U.S. Probation Officer Assistant                 Supervisory U.S. Probation Officer

Date Signed: July 29, 2008

---

THE COURT ORDERS:

RS ☒ To modify the conditions of supervision as follows:
       The defendant shall provide the probation officer with access to any financial information.
   ☐ Submit a request for warrant
   ☐ Submit a request for summons
   ☐ Other:


_____8-1-08_____                       _____
Date                                             Richard Seeborg
                                                 United States Magistrate Judge

Prob 49
(03/89)

# United States District Court

Eastern District of California for Northern District of California (Case No. CR07-00651-001 RS)

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall provide the probation officer with access to any requested financial information.

Witness: _[signature]_ Melinda S. Peyret, Senior U.S. Probation Officer

X Signed: _Cheryl Smith_ — Cheryl SMITH, Probationer or Supervised Releasee

Date: 6/25/08

Rev. 5/2008
VIOLATION_WAIVER (PROB49).MRG